ROSENWASSER BROS., INC., Appellant, v. HENRY BLYN ane JACOB BLYN, Respondents. (Appeal No. 3.) — Order denying plaintiff's motion for production, discovery and inspection affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

MALCOLM M. ROY, Respondent, v. JOHN C. O'CONOR, as Executor of the Estate of BELL BARNEY GURNEE, Deceased, Appellant, and WALTER S. GURNEE, as Executor of the Estate of BELL BARNEY GURNEE, Deceased, Defendant.— Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

ANNA SILVERBERG, as Administratrix, etc., of BARNET SILVERBERG, Deceased, Appellant, v. LAPIDUS BROS., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JOSEPH TAYLOR, Respondent, v. JAMES MARKUS, Defendant, and JOSEPH W. UMANS, Appellant. — Order denying motion of defendant Umans to dismiss amended complaint as against him reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The action is brought for rescission; and while plaintiff may have an action at law against defendant Umans for damages, he may not maintain the action for rescission, because Umans was not a party to the contract. (*Ritzwoller* v. *Lurie*, 225 N. Y. 464.) Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

JOSEPH TURECKY, Appellant, v. STANDARD OIL COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Rich, Kapper, Hagarty and Carswell, JJ., concur; Lazansky, P. J., dissents.

HUGO E. WIRTHS, Respondent, v. LAURELTON GOLF CLUB, INC., Appellant.— Order granting in part and denying in part defendant's motion for a bill of particulars modified as hereinafter indicated, and as so modified affirmed, with ten dollars costs and disbursements to defendant. The plaintiff to furnish the following additional particulars: As to items 1, 3, 5, 6 and 8, the names of the persons acting on behalf of the defendant corporation, with whom plaintiff claims he dealt; as to item 6, a copy of the authorization if in writing. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

CAROLINE TOWNSEND WOODBURY and MARGARET TOWNSEND TAGLIAPIETRA, Appellants, v. CHARLES A. GARRITY, JAMES A. GRAY, JR., and ALICE COLLINS GRAY, Respondents. MAX SCHRAGE and KEVA SCHODNICK, Defendants.— Order granting motion to strike out paragraph 11th of plaintiffs' amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.